UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PEARSON, TINIKA | ) | CASE NO. 05-18356 |
| | ) | CHAPTER 7 |
| Debtor | ) | |

## NOTICE OF DEPOSIT FOR DISBURSEMENTS LESS THAN $5.00

Comes now R. David Boyer, the duly appointed and acting trustee in the above-captioned case, and shows the Court that pursuant to FRBP 3010, the following creditor is entitled to a distribution of less than $5.00 each:

| Creditor | Amount |
|---|---|
| Sarah L Olt MD | $4.08 |
| Capital One Recovery | $3.35 |
| Ft Wayne Othropaedics | $1.20 |
| Citibank | $4.54 |

WHEREFORE, Trustee hereby issues a check made payable to the U.S. Bankruptcy Clerk in the total amount of $13.17 for the use and benefit of the parties set forth herein.

Submitted this 20 day of August, 2009.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 20 day of August, 2009 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
Sarah L Olt, 750 W High St, Ste. 220, Lima, OH 45801
Capital Recovery, 25 SE 2nd Ave, Ste. 1120, Miami, FL 33131
Ft Wayne Othropaedics, c/o Snow & Sauerteig, 203 E Berry St, Ste. 1310, Fort Wayne, IN 46802
Citibank, 4740 121st St, Urbandale, IA 50323-2402

                                               /s/ Renee M. Schohl
                                               Renee M. Schohl